FILED
CLERK, U.S. DISTRICT COURT
OCT - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALBERT MORALES, <br> Defendant. | NO. 2:14-CR-00684-CAS-21 <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Central District of District for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's submission on the issue of detention; the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; and the defendant's history of failures to appear;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission on the issue of detention; failure to proffer any evidence to meet the defendant's burden on this issue; criminal history, including violations of active domestic violence restraining orders; and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: October 8, 2021

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE