O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14cr00684(21)-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ALBERT MORALES, | ) | |
| Defendant. | ) | |

    On April 13, 2023, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 5, 2023. Government counsel, Christopher Kendall, the defendant and his appointed CJA attorney, John Hanusz, were present. The U.S. Probation Officer, Monica Jefferson, was also present.

    The defendant admits to allegations 1, 2, 4, 5, 6, and 7, in violation of his supervised release, as stated in the Petition filed on April 5, 2023. The defendant denies allegations 3, 8, 9, and 10, as stated in the Petition filed on April 5, 2023. The Govermnent dismisses allegations 3, 8, 9, and 10, as stated in the Petition filed on April 5, 2023. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on September 17, 2018 and December 9, 2021.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, April 20, 2023, to the United States Marshal located at: U.S. COURTHOUSE, 350 West First Street, Los Angeles, California 90012.

Defendant is hereby informed of his right to appeal.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   April 13, 2023

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: *Catherine W. Jeang*
Catherine Jeang, Deputy Clerk